UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WHITE COAT WASTE PROJECT, INC., <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF STATE, <br><br> Defendant. | Civil Action No. 23-3267 (TNM) |

**JOINT STATUS REPORT**

Plaintiff White Coat Waste Project, Inc. and Defendant Department of State, through counsel, respectfully submit this Joint Status Report pursuant to the Court's January 12, 2024, Minute Order.

1. This is a Freedom of Information Act ("FOIA") case. Plaintiff filed its complaint on November 1, 2023, and Defendant timely answered on December 11, 2023. The case concerns a March 25, 2022, FOIA request from Plaintiff to the Department of State.

2. On March 14, 2025, Defendant issued an interim response to Plaintiff, releasing in part nine records, consisting of ninety-eight pages, and making certain withholding under applicable FOIA exemptions. Defendant expects to issue its next response on April 25, 2025, and every six weeks thereafter until processing is complete. The Parties agree that Defendant will endeavor to process 450 pages per cycle.

\*   \*   \*

Consistent with the January 12, 2024, Minute Order, the parties will file an additional Joint Status Report on or before June 6, 2025, to update the Court on the status of the request.

| | |
|---|---|
| Dated: April 7, 2025<br>Washington, DC<br><br>/s/ *Matthew Strugar*<br>Matthew Strugar<br>Law Office of Matthew Strugar<br>3435 Wilshire Boulevard Suite 2910<br>Los Angeles, CA 90010<br>(323) 696-2299<br>Matthew@matthewstrugar.com<br><br>*Counsel for Plaintiff* | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ *Heather Graham-Oliver*<br>CHRISTINA O'TOUSA, D.C. Bar #241667<br>HEATHER GRAHAM-OLIVER<br>Assistant United States Attorneys<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2437<br>(202) 252-2520<br>christina.o'tousa@usdoj.gov<br>heather.graham-oliver@usdoj.gov<br><br>*Attorneys for the United States of America* |